**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

GREGORY EDWARD KUCERA,

       Plaintiff,

v.                                              No. 17cv789 KG/SCY

SOO-YOUNG CHOI and
NORTH KOREA,

       Defendants.

## **FINAL JUDGMENT**

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Order dismissing Plaintiff's case,

**IT IS ORDERED** that this case is **DISMISSED without prejudice.**

_____
**UNITED STATES DISTRICT JUDGE**